IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:09CV72

| | |
|---|---|
| LUIZ ARRIAGA, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>ALVIN W. KELLER, JR., Secretary, )<br>Department of Corrections, and )<br>SID HARKLEROAD, Administrator, )<br>Marion Correctional Institution, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on Petitioner's motion to hold this case in abeyance pending exhaustion of state remedies filed February 19, 2009.

Counsel advises that exhaustion of the Petitioner's state court claims remain incomplete at this time, the North Carolina Supreme Court has not yet issued a ruling on the Petitioner's petition for a writ of certiorari which was filed February 11, 2009. **Petitioner's Motion, at 1.** The Court will grant the Petitioner's motion and also direct the Clerk to administratively close the case, thereby removing it from the Court's active docket.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion to hold this proceeding in abeyance is **ALLOWED**.

**IT IS FURTHER ORDERED** that counsel for the Petitioner file a report with the Court providing the status of the collateral proceedings that remain pending in the state courts every 60 days beginning **MAY 1, 2009.**

The Clerk is directed to administratively close this action and remove it from the Court's active docket. Upon receipt of a final ruling from the state courts, Petitioner's counsel may move to reopen this action.

Signed: April 3, 2009

Lacy H. Thornburg
United States District Judge