# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv72

| | |
|---|---|
| LUIZ ARRIAGA, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>THEODIS BECK, Secretary, )<br>Department of Correction, and )<br>SID HARKLEROAD, Administrator, )<br>Marion Correctional Institution, )<br>)<br>Respondents. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts for a preliminary review of the Petitioner Luiz Arriaga's Petition for Writ of *Habeas Corpus* [Doc. 1].

After review of the Petition, the Court is of the opinion that the State should file an answer to the issues raised therein.

**IT IS, THEREFORE, ORDERED** that the Respondents shall file an answer or other response to the Petition on or before **November 20, 2009**.

**IT IS SO ORDERED.**

Signed: October 7, 2009

Martin Reidinger
United States District Judge