# United States District Court
# For The Western District of North Carolina
# Asheville Division

LUIZ ARRIAGA,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              1:09cv72

ALVIN W. KELLER, et al

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/23/11 Order.

Signed: March 23, 2011

Frank G. Johns, Clerk
United States District Court